**RICKS v. TOWN OF SELMA**

[328 N.C. 567 (1991)]

WALTER G. RICKS AND WIFE, MARIE RICKS v. TOWN OF SELMA

No. 309PA90

(Filed 3 April 1991)

ON discretionary review of a unanimous decision of the Court of Appeals, 99 N.C. App. 82, 392 S.E.2d 437 (1990), affirming in part and reversing in part judgment entered by *Manning, J.,* on 10 April 1989 after hearing at the 6 March 1989 Civil Session of Superior Court, JOHNSTON County. Heard in the Supreme Court 12 March 1991.

*Ashley and Ashley, by Emery D. Ashley, for plaintiff-appellee.*

*Spence & Spence, P.A., by Robert A. Spence, Sr., and E. Craig Jones, Jr., for defendant-appellant.*

PER CURIAM.

Discretionary review improvidently allowed.